City of Rockford, appellant, v. John T. LaForge & Sons, Inc., appellee. Gen. No. 6,765.

Prosecution for violation of city ordinance relating to collecting and hauling of garbage. Judgment of acquittal. Appeal from the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed December 17, 1919.

William D. Knight and David D. Madden, for appellant; Robert Rew, of counsel. Roy F. Hall and I. J. Monahan, for appellee.

Mr. Justice Dibell delivered the opinion of the court.

## THIRD DISTRICT.

Leo W. Bredehoft and Albert Ball, trading as Bredehoft & Ball, defendants in error, v. Walter L. Ross, receiver of Toledo, St. Louis & Western Railroad Company, plaintiff in error.

Action to recover damages for freezing of potatoes in transit. Judgment for plaintiff. Error to the Circuit Court of Vermilion county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed July 9, 1919. Rehearing denied October 14, 1919.

C. E. Pope and H. F. Driemeyer, for plaintiff in error. Lindley, Penwell & Lindley, for defendants in error; Walter C. Lindley, of counsel.

Mr. Justice Waggoner delivered the opinion of the court.

Martha M. Logan, appellee, v. Mutual Life Insurance Company of New York, appellant.

Action to recover on life insurance policy. Judgment for plaintiff. Appeal from the Circuit Court of Moultrie county; the Hon. G. A. Sentel, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed July 9, 1919. Opinion modified and refiled October 15, 1919.

Winston, Strawn & Shaw and J. L. McLaughlin, for appellant; Frederick L. Allen, Silas H. Strawn and James H. Winston, of counsel. Whitley & Fitzgerald and Mills Bros., for appellee; John A. Walgren, of counsel.

Mr. Justice Waggoner delivered the opinion of the court.